# IN THE SUPREME COURT OF THE STATE OF NEVADA

DERRIK BERISTAIN,
                        Appellant,
        vs.
THE STATE OF NEVADA,
                        Respondent.

No. 82401

FILED

FEB 10 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a motion to enforce guilty plea agreement. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Because no statute or court rule permits an appeal from an order dismissing a motion to enforce guilty plea agreement, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Stiglich                              Silver

cc:     Hon. Michael Montero, District Judge
        Derrik Beristain
        Attorney General/Carson City
        Humboldt County District Attorney
        Humboldt County Clerk

21-04035